**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES LICKLITER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-01931-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HARTFORD UNDERWRITERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 9, 2012, required the parties to file a Joint Status Report regarding removed action no later than December 12, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **January 14, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 3rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge