# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LICKLITER, | )<br>) |
|         Plaintiff, | )   Case No.  2:12-cv-01931-GMN-GWF<br>) |
| vs. | )   **ORDER**<br>) |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | )<br>)<br>) |
|         Defendant. | )<br>) |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated November 9, 2012, required the parties to file a Joint Status Report regarding removed action no later than December 12, 2012.  To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **January 14, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 3rd day of January, 2013.

```
                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge
```