# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LICKLITER, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:12-cv-01931-GMN-NJK |
| | ) |
| vs. | ) ORDER DENYING DISCOVERY PLAN |
| | ) (Docket No. 19) |
| HARTFORD UNDERWRITERS | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court is Defendant's proposed discovery plan, Docket No. 19, which is **DENIED** without prejudice. The Court appreciates Defendant's efforts to comply with the deadline imposed by the Court to file a revised proposed discovery plan. But, as Plaintiff's counsel is apparently unavailable to confer on the proposed plan until next week and so that it may be filed as a stipulated plan, the Court extends the deadline to file a revised discovery plan to March 8, 2013. Accordingly, the parties are ordered, no later than March 8, 2013, to file a stipulated proposed discovery plan that either (1) is based on the 180-day discovery period outlined in Local Rule 26-1(e)(1) or (2) provides explanation why a longer period should be granted.

IT IS SO ORDERED.

DATED: March 1, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge