Law Offices of MELISSA P. HARRIS
Eric R. Larsen, Esq.
Nevada Bar No.: 9423
750 E. Warm Springs Road
Suite 320, Box 19
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Eric.Larsen@thehartford.com
Attorney for Defendant,
HARTFORD UNDERWRITERS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LICKLITER, individually<br><br>Plaintiffs,<br><br>—vs—<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut company, doing business in Nevada and DOES I through V and ROE CORPORATIONS I through V, inclusive.<br><br>Defendants. | Case No.: 2:12-cv-01931-GMN-(NJK)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff JAMES L. LICKLITER JR's causes of action be dismissed with prejudice, and that all parties are to bear their own costs and attorney's fees. Trial has not been set and no motions are pending.

///
///
///
///
///
///
///

1

1  IT IS FURTHER STIPULATED that all jury fees paid on behalf of the Defendant be returned
2  to the Law Offices of MELISSA P. HARRIS, 750 East Warm Springs Road, Suite 320, Las Vegas,
3  Nevada 89119.

DATED this 25 day of ~~July~~ Sept, 2013.     DATED this ___ day of July, 2013.

Law Offices of MELISSA P. HARRIS           SAMUEL HARDING LAW FIRM

_____                 _____
ERIC R. LARSEN, ESQ.                        SAMUEL A. HARDING, ESQ.
Nevada Bar No.: 9423                        Nevada Bar No.: 001877
750 E. Warm Springs Rd., Suite 320          1100 East Bridger Avenue
Las Vegas, Nevada 89119                     Las Vegas, NV 89101
Telephone: (702) 387-8070                   Telephone: (702) 384-8023
Attorney for Defendant,                     Attorney for Plaintiff,
HARTFORD UNDERWRITERS                       JAMES L. LICKLITER JR
INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED** this 25th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted By:

Law Offices of MELISSA P. HARRIS

_____
ERIC R. LARSEN, ESQ.
Nevada Bar No.: 9423
750 E. Warm Springs Rd., Suite 320
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Attorney for Defendant,
HARTFORD UNDERWRITERS
INSURANCE COMPANY

The Law Offices of
MELISSA P. HARRIS
750 E. Warm Springs Rd.
Suite 320, Box 19
Las Vegas, NV 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819

2