Law Offices of MELISSA P. HARRIS
Eric R. Larsen, Esq.
Nevada Bar No.: 9423
750 E. Warm Springs Road
Suite 320, Box 19
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Eric.Larsen@thehartford.com
Attorney for Defendant,
HARTFORD UNDERWRITERS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LICKLITER, individually<br><br>Plaintiffs,<br><br>—vs—<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut company, doing business in Nevada and DOES I through V and ROE CORPORATIONS I through V, inclusive.<br><br>Defendants. | Case No.: 2:12-cv-01931-GMN-(NJK)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff JAMES L. LICKLITER JR's causes of action be dismissed with prejudice, and that all parties are to bear their own costs and attorney's fees. Trial has not been set and no motions are pending.

///
///
///
///
///
///
///

1

IT IS FURTHER STIPULATED that all jury fees paid on behalf of the Defendant be returned to the Law Offices of MELISSA P. HARRIS, 750 East Warm Springs Road, Suite 320, Las Vegas, Nevada 89119.

DATED this 25 day of ~~July~~ Sept, 2013.

DATED this ____ day of July, 2013.

Law Offices of MELISSA P. HARRIS

SAMUEL HARDING LAW FIRM

_____
ERIC R. LARSEN, ESQ.
Nevada Bar No.: 9423
750 E. Warm Springs Rd., Suite 320
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Attorney for Defendant,
HARTFORD UNDERWRITERS
INSURANCE COMPANY

_____
SAMUEL A. HARDING, ESQ.
Nevada Bar No.: 001877
1100 East Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 384-8023
Attorney for Plaintiff,
JAMES L. LICKLITER JR

## ORDER

**IT IS SO ORDERED** this 25th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted By:

Law Offices of MELISSA P. HARRIS

_____
ERIC R. LARSEN, ESQ.
Nevada Bar No.: 9423
750 E. Warm Springs Rd., Suite 320
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Attorney for Defendant,
HARTFORD UNDERWRITERS
INSURANCE COMPANY